# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-1197**                                                  **September Term, 2012**

FERC-RP12-455-001

Filed On: July 19, 2013 [1447585]

Panhandle Eastern Pipe Line Company,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

## O R D E R

Upon consideration of petitioner's unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

Petitioner is directed to file status reports at 60-day intervals beginning September 17, 2013.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                            BY:    /s/
                                        Mark A. Butler
                                        Deputy Clerk